METHFESSEL & WERBEL, ESQS.
3 Ethel Road, Suite 300
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Michael Pocquat, Richard DeLaRoche, Philip J. Maenza and Mount Olive Township
Our File No. 67243 ELH

| | |
|---|---|
| WILLIAM P. DUNCAN, JR.<br><br>Plaintiff,<br><br>V.<br><br>MICHAEL POCQUAT, IN HIS OFFICIAL AND PRIVATE CAPACITY, RICHARD DELAROCHE IN HIS OFFICIAL AND PRIVATE CAPACITY (THEN MAYOR, NOW FORMER MAYOR OF MOUNT OLIVE TOWNSHIP), PHILIP J. MAENZA, IN HIS OFFICIAL AND PRIVATE CAPACITY, AND MOUNT OLIVE TOWNSHIP, A MUNICIPAL CORPORATION AND NATURAL PERSON<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO.: 2:07-CV-1570 (SRC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice and without costs against either party.

_____
Michael G. O'Neill, Esq.
Attorneys for Plaintiff,

Dated: December 11, 2009

_____
Eric L. Harrison
Methfessel & Werbel, Esqs.
Attorneys for Defendants,